IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANNAN L. GARCIA,<br><br>                Plaintiff,<br><br>vs.<br><br>COMPLETELY KIDS,<br><br>                Defendant. | **8:14CV119**<br><br>**AMENDED PROGRESSION ORDER** |

    The Stipulated Motion to Extend Deadlines (Filing 19) is granted.

    IT IS ORDERED that the amended progression order is as follows:

1)     The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **April 18, 2016**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 5, 2016** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on March 7, 2016. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)     A telephonic conference with the undersigned magistrate judge will be held on **January 19, 2016** at **9:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)     The deposition deadline is December 1, 2015.

5)     The deadline for filing motions to dismiss and motions for summary judgment is January 8, 2016.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 1, 2016.

7) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

Dated this 3rd day of June, 2015.

                               BY THE COURT:

                               *s/ Cheryl R. Zwart*
                               United States Magistrate Judge